**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.facebook.com/nojumper/posts/3837062462983151/?paipv=0&eav=AfZYmafLGB1x0xVOkcJJ279YkjXxg-s05zAkJbxqSXzFWBw2LQFEyftJHl4Xd2SMpKE&_rdr



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://x.com/nojumper/status/1334643168520724481?lang=en

